NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TUWANA ANTHONY,**
*Petitioner,*

v.

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2011-3145

---

Petition for review of the Merit Systems Protection Board in No. CH0752080323-I-4.

---

**ON MOTION**

---

Before PROST, MOORE, and O'MALLEY, *Circuit Judges.*

MOORE, *Circuit Judge.*

## ORDER

Tuwana Anthony moves to vacate the court's July 6, 2012 dismissal order, recall the mandate, and reinstate this petition for review.

Failure to comply with this court's rules, including failure to file an appendix, may result in dismissal of an appeal for failure to prosecute. *Julien v. Zeringue*, 864

F.2d 1572, 1574 (Fed. Cir. 1989) ("failure to comply with this court's rules, including the requirements for preparing and filing briefs, appendices and other papers, may result in dismissal of an appeal for failure to prosecute").

The court dismissed this petition on July 6, 2012 for failure to file an appendix. The time to request reconsideration of that order has long passed. Fed. R. App. P. 45(a). We therefore deny Tuwana Anthony's motion to reinstate.

Accordingly,

IT IS ORDERED THAT:

The motion to reinstate is denied.

FOR THE COURT

**APR 1 1 2013**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas E. Marshall, Esq.
Cameron Cohick, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 1 2013

JAN HORBALY
CLERK